| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Assistant United States Attorney |
| 3 | Chief, Civil Division |
| | EDWARD OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055 |
| | San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915 |
| | FAX: (415) 436-6927 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

DYMPNA HELEN DOHERTY,

    Plaintiff,

    v.

Department of Homeland Security, MICHAEL CHERTOFF, Secretary; U.S. Attorney General, ALBERTO GONZALES; United States Citizenship and Immigration Services; EMILIO T. GONZALEZ, Director; United States Citizenship and Immigration Services, ALFONSO AGUILAR, Chief; United States Citizenship and Immigration Services, DAVID STILL, District Director,

    Defendants.

No. C 07-1466 CRB

**PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS**

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them. Here, the parties agree that referral to a formal ADR process will not be beneficial because this action is limited to plaintiff's request that this Court compel defendants to adjudicate the application for naturalization. Defendants have already requested the FBI expedite

Parties' Joint Request for Exemption
C07-1466 CRB                         1

1 | the name check so that the application may be processed as soon as possible. Given the substance
2 | of the action and the lack of any potential middle ground, ADR will only serve to multiply the
3 | proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the
4 | parties request the case be removed from the ADR Multi-Option Program and that they be excused
5 | from participating in the ADR phone conference and any further formal ADR process.

Date: June 7, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: June ___, 2007

JAMES M. BYRNE
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:   June 11, 2007



CHARLES R. BREYER
United States District Judge
Judge Charles R. Breyer

Parties' Joint Request for Exemption
C07-1466 CRB

2

TOTAL P.03