SCOTT N. SCHOOLS, SCSBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DYMPNA HELEN DOHERTY,<br><br>    Plaintiff,<br><br>    v.<br><br>Department of Homeland Security, MICHAEL CHERTOFF, Secretary; U.S. Attorney General, ALBERTO GONZALES; United States Citizenship and Immigration Services; EMILIO T. GONZÁLEZ, Director; United States Citizenship and Immigration Services, ALFONSO AGUILAR, Chief; United States Citizenship and Immigration Services, DAVID STILL, District Director,<br><br>    Defendants. | No. C 07-1466 CRB<br><br>**STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND** [PROPOSED] **ORDER**<br><br>Date: June 29, 2007<br>Time: 2:00 p.m. |

    The plaintiff, by and through her attorney of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the case management conference, currently scheduled for June 29, 2007, at 2:00 p.m., by thirty days, in light of the following:

    1. The plaintiff filed an action on March 14, 2007, asking this Court to adjudicate her naturalization application or, in the alternative, to direct the United States Citizenship and Immigration Services (USCIS) to adjudicate her naturalization application.

JOINT CASE MANAGEMENT STATEMENT
C07-1466 CRB                              1

Case 3:07-cv-01466-CRB   Document 11   Filed 06/27/07   Page 2 of 2

2. A case management conference is scheduled for June 29, 2007, at 2:00 p.m.

3. The parties believe there is a reasonable probability that this case may soon be moot.

4. Accordingly, the parties jointly ask this Court to extend the date of the case management conference to July 27, 2007, at 8:30 a.m.

5. If this case becomes moot, the parties will file a stipulation to dismiss. If the case does not become moot, the parties will file a joint case management statement seven days in advance of the case management conference.

Date: June 22, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_/s/_
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Date: June 22, 2007

_See attached_
JAMES M. BYRNE
The Law Office of James M. Byrne
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  June 27, 2007

CHARLES R. BREYER
United States District Judge



JOINT CASE MANAGEMENT STATEMENT
C07-1466 CRB                                    2