| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-6927 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| DYMPNA HELEN DOHERTY, | ) | No. C 07-1466 CRB |
| Plaintiff, | ) | |
| v. | ) | **STIPULATION TO DISMISS AND** ~~[PROPOSED]~~ **ORDER** |
| Department of Homeland Security, MICHAEL CHERTOFF, Secretary; U.S. Attorney General, ALBERTO GONZALES; United States Citizenship and Immigration Services; EMILIO T. GONZALEZ, Director; United States Citizenship and Immigration Services, ALFONSO AGUILAR, Chief; United States Citizenship and Immigration Services, DAVID STILL, District Director, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate plaintiff's application for naturalization and agrees to adjudicate such application within 30 days of the dismissal of this action.

Each of the parties shall bear their own costs and fees.

///

1 | Dated: July 11, 2007
2
3 | Respectfully submitted,
4 | SCOTT N. SCHOOLS
5 | United States Attorney
6
7 | /s/ EDWARD OLSEN
8 | Assistant United States Attorney
9 | Attorneys for Defendants

Date: July 6, 2007

/s/ JAMES M. BYRNE
Attorney for Plaintiff

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 10, 2007

CHARLES R. BREYER
United States District Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

Stipulation to Dismiss
C07-1466 CRB

2